**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO LEGASPI, | No. C 12-2600 WHA (PR) |
|     Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| MATTEW CATE, | |
|     Respondent. | (Docket Nos. 2, 3, 5) |

Petitioner, a state prisoner proceeding pro se, has filed a second petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. His prior petition, like the instant petition, challenged a conviction obtained in Monterey County Superior Court in 2008. The prior petition, *Legaspi v. Cate*, No. 10-2731 WHA (PR), was denied because it asserted claims under the Fourth and Fourteenth Amendments that are not valid grounds for federal habeas relief. The United States Court of Appeals for the Ninth Circuit recently denied petitioner's request for a certificate of appealability.

A second or successive petition may not be filed in a federal district court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. The petition is accordingly

//

//

1  **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order. Leave to
2  proceed in forma pauperis (docket numbers 3 & 5) is **GRANTED**. The motion for appointment
3  of counsel (docket number 2) is **DISMISSED** in light of the dismissal of this case.
4      The clerk shall enter judgment and close the file.
5      **IT IS SO ORDERED.**

Dated: June  11  , 2012.

            WILLIAM ALSUP
            UNITED STATES DISTRICT JUDGE

N:\LEGASPI2600.SUC.wpd