IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIEGO LEGASPI,   No. C 12-2600 WHA (PR)

          Petitioner,   **JUDGMENT**

vs.

MATTEW CATE,

          Respondent.
                                           /

      Pursuant to the order dismissing this case, a judgment of dismissal is hereby entered in favor of respondent. Petitioner shall receive no relief by way of his petition.

      **IT IS SO ORDERED.**

Dated: June __11__, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\LEGASPI2600.JUD.wpd

United States District Court
For the Northern District of California